

# Service of Process Transmittal
11/09/2017
CT Log Number 532269397

**TO:** Timothy Devine
Ally Financial Inc.
500 Woodward Ave Fl 9
Detroit, MI 48226-3423

**RE:** **Process Served in Kentucky**

**FOR:** Ally Financial Inc.  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Scott Palmer Mason, etc., Pltf. vs. Ally Financial, Inc., etc., Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Certificate |
| **COURT/AGENCY:** | Warren County District Court, KY<br>Case # 17CI01320 |
| **NATURE OF ACTION:** | Violations of the Kentucky Consumer Credit Protection Act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 11/09/2017 postmarked on 11/03/2017 |
| **JURISDICTION SERVED:** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | Scott Palmer Mason<br>1568 Trillium Lane<br>Bowling Green,, KY 42104 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/09/2017, Expected Purge Date: 11/14/2017<br><br>Image SOP |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 609-538-1818 |

Page 1 of  1 / PK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT A

EXHIBIT A



U.S. POSTAGE >> PITNEY BOWES

ZIP 42101 $ 006.77⁰
02 4W
0000339336 NOV. 03. 2017.

7016 1970 0001 1339 3225



BRANDI DUVALL
CIRCUIT COURT CLERK
WARREN CIRCUIT & DISTRICT COURTS
WARREN COUNTY JUSTICE CENTER
1001 CENTER STREET, SUITE 102
BOWLING GREEN, KENTUCKY 42101

CI 17-CI-01320
608217

ALLY FINANCIAL, INC.,
SERVE: CT CORPORATION SYSTEM
306 W. MAIN STREET, SUITE 512
FRANKFORT KY 40601

40601$1840 C003

Generated: 11/03/2017

| | | |
|---|---|---|
| AOC-S-105   Sum Code: CI<br>Rev. 7-99<br><br>Commonwealth of Kentucky<br>Court of Justice<br>CR 4.02; Cr Official Form 1 | **Civil Summons** | Case Number **17-CI-01320**<br>Court   CI<br>County   WARREN<br><br>Div. II |

*Plantiff,* MASON, SCOTT PALMER  VS. ALLY FINANCIAL, INC., *Defendant*

    ALLY FINANCIAL, INC.,
    SERVE: CT CORPORATION SYSTEM
    306 W. MAIN STREET, SUITE 512
    FRANKFORT              KY    40601

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, BRANDI DUVALL

By _____, DC

Date: 11/02/2017

---

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
To: _____

[ ] Not Served because: _____

Date: _____, 2___

Served by _____

---

CI   17-CI-01320
MASON, SCOTT PALMER  VS. ALLY FINANCIAL, INC.,

EXHIBIT A

COMMONWEALTH OF KENTUCKY
WARREN ~~DISTRICT~~ COURT 2017 NOV -2 PM 4:14
Case No. 17-CI-01320
DIVISION II

FILED

WARREN CIR/DIS CT
BRANDI DUVALL, CLERK
BY_____DC

**SCOTT PALMER MASON, individual**

vs. (Judge Grise)

**ALLY FINANCIAL, INC., a foreign corporation**

## COMPLAINT

NOW COMES plaintiff Scott Mason and respectfully submits this Complaint against defendant Ally Financial, Inc. and states as follows:

### PARTIES

1. Plaintiff Scott Mason ("Plaintiff") is a resident of Warren County, Kentucky.

2. Defendant Ally Financial, Inc. ("Ally") is a corporation incorporated in the State of Delaware with its principal office address located at 500 Woodward Avenue, 10th Floor, Detroit, Michigan 48226.

### JURISDICTION AND VENUE

3. Plaintiff himself alleges claims under the common law and under the statutes of the Commonwealth of Kentucky.

### FACTUAL HISTORY

4. On or about August 13, 2015, Plaintiff executed and delivered to Ally, a Retail Installment Contract and Security Agreement ("Contract") in the original sum of

EXHIBIT A

$34,480.50, secured by an interest in a 2014 Chevrolet Camaro located in Warren County, Kentucky. A copy of the Contract is attached hereto as Exhibit A.

5. The loan agreement sets a monthly payment of $469.50 with an APR of 12.84%.

6. Monthly payments began in or about October, 2015, and have continued since then.

7. During the course of the Contract, Plaintiff has been repeatedly harassed by defendant for late payments and defendant has intentionally violated the common laws of the Commonwealth, the Kentucky Consumer Credit Protection Act, and various federal laws.

### Violations of the Kentucky Consumer Credit Protection Act, the common law and various other state laws

8. Paragraphs 1-9 are incorporated herein by reference.

9. Breach of contract by way of violations committed under the Kentucky Consumer Credit Protection Act,

10. Engagement in predatory lending practices to make unfair loans to minorities through Ally's indirect auto lending program, which, in the past, has been shown to be prejudiced against minorities and people of color by causing them to pay higher interest rates than other like consumers.

11. Fraudulent Omission with loan agreements containing excessive fees and costs, annual percentage rate and finance charges misrepresented/hidden as principal. In this case, the interest rate, excessive fees and costs plus finance charges are so excessive that the total cost of the vehicle is one and one-half times the assessed value.

12. Breach of duty of good faith and fair dealing in Ally's use of its indirect auto lending program which has been known to penalize minorities and people of color thereby causing financial harm to them, including Plaintiff.

EXHIBIT A

13. The use of unfair and unconscionable collection tactics to include the use pre-recorded/artificial voice messages, use of an automatic dialing system, calling of friends and family found on the internet and not listed on the contract or authorized by Plaintiff to be contacted in the case of default, calling of Plaintiff's work place and calling repeatedly, back-to-back, from numbers marked unknown all done in violation of Kentucky common law and other various Kentucky Statutes and the Telephone Consumer Protection Act (47 USC § 227).

14. In addition, defendant Ally has called Plaintiff in excess of 5-7 times/day on any given day, has called during the early hours of the morning, has called during the late hours of the evening, during known dinner times, has called on Sunday mornings before 7 am CST and continued to call multiple times (3-4) during known worship hours without any regard for Plaintiff's attendance at worship service.

15. Further, defendant Ally's representatives have been rude and condescending when discussing such matters with Plaintiff.

**WHEREFORE**, Plaintiff, Scott Mason, respectfully prays that this Court grant him relief against Ally Financial, Inc. as follows:

a) Actual damages in the full amount of the contract price;

b) Statutory damages as permitted by the various state and federal laws alleged to have been violated;

c) Damages for intentional infliction of mental and emotional distress;

d) All costs and fees associated with the filing of this Complaint; and,

e) Any other and further relief this Court deems appropriate.

*/s/ Scott Mason*
_____
Scott Palmer Mason

EXHIBIT A

FILED

COMMONWEALTH OF KENTUCKY
WARREN ~~DISTRICT~~ COURT    2017 NOV -2 PM 4: 14
Case No. 17-CI-01320
DIVISION II

WARREN CIR/DIS CT
BRANDI DUVALL, CLERK
BY_____DC

**SCOTT PALMER MASON**

vs.                                    (Judge GRISE )

**ALLY FINANCIAL, INC.**

### CERTIFICATE OF SERVICE

I, Scott P. Mason, hereby certify that I have served a true copy of my **Complaint** to the Agent for Service of Process for Plaintiff this 2nd day of November ~~October~~, 2017, by depositing a true copy thereof in the United States Mail, postage prepaid, certified, and addressed as follows:

CT Corporation System
306 W Main Street
Suite 512
Frankfort, Kentucky 40601

**SCOTT PALMER MASON**

*/s/ Scott Mason*

1568 Trillium Lane
Bowling Green, KY 42104

EXHIBIT A