IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
(*ELECTRONICALLY FILED*)

|  |  |
|---|---|
| **SCOTT PALMER MASON,** | : |
| **Plaintiff,** | : |
| v. | : |
| **ALLY FINANCIAL, INC.,** | : Case No. 1:17-cv-00193-GNS |
| **Defendant.** | : |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Scott Palmer Mason ("Plaintiff"), and Defendant, Ally Financial Inc. ("Ally"), (collectively, the "Parties"), hereby submit notice to the Court that the matters at issue between them in the present action have been settled and a Confidential Settlement and Release Agreement is being circulated for execution. The Parties are in the process of implementing the settlement terms and expect to submit to the Court a Stipulation of Dismissal, with prejudice, by November 23, 2018.

Dated: October 25, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ Scott Palmer Mason | /s/ Jonathan M. Kenney |
| Scott Palmer Mason | Jonathan M. Kenney |
| Pro se Plaintiff | KY Bar No. 95661 |
| 1568 Trillium Lane | TROUTMAN SANDERS LLP |
| Bowling Green, Kentucky 42104 | 222 Central Park Avenue, Suite 2000 |
| Telephone: (615) 636-8925 | Virginia Beach, Virginia 23462 |
| E-mail: scottpalmermason@gmail.com | Telephone: (757) 687-7529 |
|  | Facsimile: (757) 687-1504 |
| *Plaintiff* | E-mail: jon.kenney@troutmansanders.com |
|  | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, I electronically filed the foregoing *Joint Notice of Settlement* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants and via U.S. Mail to non-CM/ECF participants:

**Counsel for Plaintiff**
Scott Palmer Mason
Pro Se
1568 Trillium Lane
Bowling Green, KY 42104

/s/ Jonathan M. Kenney
Jonathan M. Kenney
KY Bar No. 95661
222 Central Park Avenue, Suite 2000
TROUTMAN SANDERS LLP
Virginia Beach, VA 23462
Telephone: (757) 687-7529
Facsimile: (757) 687-1510
E-mail: jon.kenney@troutman.com
*Counsel for Defendant Ally Financial, Inc.*