IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
(*ELECTRONICALLY FILED*)

| | |
|---|---|
| **SCOTT PALMER MASON,** | : |
| **Plaintiff,** | : |
| v. | : |
| **ALLY FINANCIAL, INC.** | : Case No. 1:17-cv-00193-GNS |
| **Defendant.** | : |

**AGREED ORDER OF DISMISSAL**

Upon the agreement and stipulation of the parties, Plaintiff Scott Palmer Mason, and Defendant Ally Financial Inc., by counsel, the matters at issue between them in the present action, which concern the claims set forth in Plaintiff's Complaint, have been compromised, agreed, and settled.

Accordingly, it is hereby **ORDERED** that Plaintiff's Complaint and the claims set forth therein be **DISMISSED** with prejudice.

This Court shall retain jurisdiction to enforce the terms of the settlement agreement between the parties.

**IT IS SO ORDERED.**

Greg N. Stivers, Chief Judge
United States District Court

January 15, 2019

HAVE SEEN AND AGREED:

<table>
<tr><td>

s/ Scott Palmer Mason *with express permission*
Scott Palmer Mason
Pro se Plaintiff
1568 Trillium Lane
Bowling Green, Kentucky 42104
Telephone: (615) 636-8925
E-mail: scottpalmermason@gmail.com

*Plaintiff*

</td><td>

/s/ Jonathan M. Kenney
Jonathan M. Kenney
KY Bar No. 95661
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7529
Facsimile: (757) 687-1504
E-mail: jon.kenney@troutman.com

*Counsel for Defendant*

</td></tr>
</table>